KENNETH R. GRAHAM (SBN 216733)
Law Offices of Kenneth R. Graham
1575 Treat Blvd., Suite 105
Walnut Creek, CA 94598
Tel: (925) 932-0170
Fax: (925) 932-3940
Email: kg@elaws.com

Attorneys for Plaintiff
CASILDO MERCED, MELA MILAGROS, &
SHEILA DOCTOR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| CASILDO MERCED, MELA MILGROS, and SHEILA DOCTOR<br>Individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK UNITED, Chartered as a Savings Association; and DOES 1 through 50,<br><br>Defendants. | Case No.: 2:11-CV-01805-LKK-CKD<br><br>**ORDER FOR PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**[F.R.C.P. 41(a)]**<br><br>Complaint filed:  June 7, 2011 |

The above captioned case being voluntarily dismissed without prejudice, the pending Motion to Dismiss is DENIED as Moot. The Clerk is ordered to close the case.

IT IS SO ORDERED.

Dated:  August 9, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[Proposed] Order for Plaintiff's Voluntary Dismissal With Prejudice - 1 -